```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


Monica S. Rose,                     :

        Plaintiff,                  :

    v.                              :     Case No.  2:15-cv-1032

Friendly Finance Corporation,       :
et al.,                                   Magistrate Judge Kemp
        Defendants.                 :
```

ORDER

Defendant Friendly Finance Corporation has moved for leave to file under seal its exhibits to its brief on the issue of numerosity.  The motion sets forth good cause and the motion (Doc. 60) is therefore granted.


                                    /s/ Terence P. Kemp
                                    United States Magistrate Judge