```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION


Monica S. Rose,                    :

        Plaintiff,                 :

    v.                             :    Case No.  2:15-cv-1032

Friendly Finance Corporation,      :
et al.,                                 Magistrate Judge Kemp
        Defendants.                :
```

ORDER

Plaintiff has moved for leave to file under seal Exhibit A to its response to Defendant American Modern Home Insurance Company's motion to strike plaintiff's class allegations.  The motion sets forth good cause and the motion (Doc. 65) is therefore granted.

```
                              /s/ Terence P. Kemp
                              United States Magistrate Judge
```